Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDEN LEI BARNETT,<br><br>Defendant. | No. CR18-131RAJ<br><br>ORDER ON MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL |

THIS MATTER comes before the Court on defense counsel Jeffrey Steinborn's Motion to Withdraw and for Appointment of New Counsel (Dkt. #1337). There being no opposition by the government, the Court, having reviewed the motion and the files and pleadings herein, and being fully advised, hereby ORDERS that defense counsel Jeffrey Steinborn's Motion to Withdraw and for Appointment of New Counsel (Dkt. #1337) is GRANTED.

IT IS FURTHER ORDERED that Attorney Henry Williams is appointed as successor CJA counsel for defendant Branden Lei Barnett.

DATED this 7th day of July, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1