The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | No.  18-131 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO SEAL |
| | ) | |
| BRANDEN LEI BARNETT, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Branden Barnett moves to seal exhibit 6 to the Declaration of Harry Williams. This document consists of Barnett's medical records from the Bureau of Prisons.  The Government does not oppose the motion.

The Court finds good cause to file the medical records under seal.  LCR 7. Washington law protects these documents because of patient's legitimate privacy interest and the public interest in keeping them confidential. RCW 70.02.005(1).  They are also protected by federal law.  45 CFR Parts 160 and 16.  The public will have access to the information used by the Court to make its decision through the unsealed motions filed in this case.  According, Defendant Barnett's Motion to Seal (Dkt. #1382) is GRANTED and the Court ORDERS that the documents shall remain filed under seal.

DATED this 7th day of August, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – Page 1
USA v. Cheatham, et al., CR 18-131RAJ

Harry Williams Law
PO Box 22438
Seattle, Wa 98122
206.451.7195