The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRANDEN BARNETT,<br><br>Defendant. | NO. 2:18-cr-00131-RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO SEAL EXHIBIT A |

Having read the Government's Motion to Seal, and because of the sensitive information contained in defendant's medical records,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #1411) is GRANTED. Exhibit A to the Government's Response to defendant's Motion for Compassionate Release shall remain sealed.

DATED this 24th day of August, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
*United States v. Barnett,* 2:18-CR-131-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970