The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>BRANDEN LEI BARNETT,<br><br>                Defendant. | NO. 2:18-cr-00131-RAJ<br><br>ORDER ON DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE |

      Branden Lei Barnett is a 32-year-old inmate currently detained at Federal Detention Center SeaTac, with a projected release date of November 2, 2022. On October 22, 2020, the Court denied Mr. Barnett's motion for compassionate release. Dkt. 1486. Now before the Court is Mr. Barnett's renewed motion for compassionate release. Dkt. 1528. Having considered Mr. Barnett's renewed motion, and the files and pleadings herein, the Court hereby **DENIES** the motion for the reasons set forth below.

      Mr. Barnett's renewed motion for compassionate release sets forth two additional arguments for the Court's consideration. Mr. Barnett indicates that in the intervening time between his original motion and his renewed motion he contracted and suffered the symptoms of coronavirus-19 (COVID-19), which he argues has materially changed the nature of his sentence from the sentence the Court intended at the time it was imposed. Mr. Barnett further argues that the COVID-19 pandemic has precluded his opportunity to participate in the Bureau of Prisons' Residential Drug Abuse Program (RDAP) while

ORDER - 1

incarcerated as recommended by the Court, and that had he been able to successfully complete RDAP his sentence would have been reduced as a benefit of completion of that program and he would have been released into the community by now.  Dkt. 1528.

While Mr. Barnett acknowledges he does not have a right to participate in RDAP with early release after successful completion of the program, he argues the combination of the effects upon him of having contracted COVID-19, the lack of programming opportunities at FDC SeaTac, and his strong family support network and positive prospects after release justify the Court granting his renewed motion.  Dkt. 1528.

The Court has thoroughly considered the additional evidence Mr. Barnett has submitted.  However, as stated in the Court's original order denying compassionate release, the facts related to this very serious crime of conviction, together with his criminal history, indicate Mr. Barnett poses a continuing danger to the community.  Despite the evidence presented by Mr. Barnett, that assessment has not changed.  Further, Mr. Barnett's argument that he would have already been released from custody had he been afforded the opportunity to participate in RDAP is purely speculative in nature.  Whether he would have been accepted into the program, whether he would have successfully completed it, and whether he would have been released by this time is unknown.

For the foregoing reasons, Defendant Brandon Lei Barnett's renewed motion for compassionate release is **DENIED**.

DATED this 24th day of February, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2