Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDEN LEI BARNETT,<br><br>Defendant. | No. 2:18-cr-00131-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon Defendant Branden Lei Barnett's Motion for Temporary Release (Dkt. 1773). Having considered the motion, the government's response, and the files and pleadings herein, the Court hereby **DENIES** the motion.

DATED this 7th day of June, 2024.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER - 1